Rinn-Scott Lumber Company, an Illinois Corporation, Plaintiff-Appellant, v. Raymond W. Jacob, a/k/a R. W. Jacob, d/b/a Wholesale Lumber Sales, Defendant-Appellee.

Gen. No. 49,390. 

First District, Third Division.

June 30, 1964.

Brown, Stine & Cook, of Chicago (Emilie N. Wanderer, of counsel), for appellant; Jesse H. Brown, of Chicago, for appellee. Opinion by JUSTICE SULLIVAN. Not to be published in full.